United States District Court
Southern District of Texas

**ENTERED**

September 24, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BYRON CARROLL, | § | |
| (TDCJ # 02374086), | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-26-5290 |
| | § | |
| ERIC GUERRERO, | § | |
| | § | |
| *Respondent*. | § | |

**ORDER OF DISMISSAL**

For the reasons set forth in the Court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED without prejudice.**

The Clerk shall provide a copy of this Order of Dismissal to the petitioner.

SIGNED at Houston, Texas on Sept 24, 2026.

David Hittner

DAVID HITTNER
UNITED STATES DISTRICT JUDGE