United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BYRON CARROLL,<br>(TDCJ # 02374086),<br><br>*Petitioner*,<br><br>vs.<br><br>ERIC GUERRERO.,<br><br>*Respondent*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-26-5290 |

**MEMORANDUM OPINION AND ORDER**

State inmate Byron Carroll, (TDCJ # 02374086), filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging a November 2021 conviction for theft in Brazos County Cause Number 21-00992-CRF-361. (Dkt. 1). He did not either pay the filing fee for a habeas action or file a motion seeking leave to proceed *in forma pauperis*. On July 9, 2026, the Court ordered Carroll to either pay the applicable filing fee or file a properly supported motion to proceed *in forma pauperis*, including the required inmate trust fund account information, by August 10, 2026. (Dkt. 7). The Court provided the proper forms to Carroll for his use and warned him that failing to comply as ordered would result in the Court dismissing his action without further notice under Federal Rule of Civil Procedure 41(b). (*Id.*).

When that order was returned as undeliverable, the Court issued a second order requiring compliance by August 30, 2026, and mailed it to Carroll's then-current address. (Dkt. 9). The second order was not returned as undeliverable.

Carroll has failed to comply, and his time to do so has now expired.[1] His failure to pursue this action forces the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, the Court **ORDERS** as follows:

1. Carroll's petition for writ of habeas corpus, (Dkt. 1), is **DISMISSED without prejudice** for want of prosecution.

2. Any pending motions are **DENIED as moot**.

3. Carroll is advised that upon a showing of good cause for failing to comply with the Court's July 30 Order, relief from this Order may be granted under Federal Rule of Civil Procedure 60(b). Any motion under Rule 60(b) must be accompanied by either payment of the applicable filing fee or a properly supported

---

[1]The Court also notes that it appears that Carroll has since been released from TDCJ custody. *See* Inmate Search, www.tdcj.texas.gov (visited Sept. 22, 2026).

motion to proceed *in forma pauperis*, including an inmate trust fund account statement for the last six months as required by 28 U.S.C. § 1915(a)(2).

The Clerk will provide a copy of this Order to the petitioner.

SIGNED at Houston, Texas on Sept 24, 2026.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE